ANNA M. BRANT, Respondent, v. E. HARMON NIES and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

JULIUS M. HARRIS, Respondent, v. JAMES SERIO, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. Held, it appearing without dispute that the judgment had been entered on November 17, 1916, it was improper to enter another judgment on November 20, 1916, and the motion to set aside the second judgment should have been granted. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OTIS ELEVATOR COMPANY, Appellant, v. LOUIS P. FUHRMANN, Mayor, and Others, as The Council of the City of Buffalo, Respondents.— Order affirmed, with costs. All concurred.

IRVING A. HODGE, Respondent, v. CANADIAN STEWART COMPANY, LIMITED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

EMILY DUNKERLEY, as Administratrix, etc., Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concurred.

AMERICAN HIDE AND LEATHER COMPANY, Appellant, v. EDMUND VENOR and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

HENRY F. SHERIDAN, Respondent, v. M. SALZMAN COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

THOMAS R. NUGENT, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FRANK M. KNAPP, Appellant, v. UNITED STATES TRANSPORTATION COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

SAMUEL GOLDEN, Respondent, v. BUFFALO COPPER AND BRASS ROLLING MILL, Appellant.— Motion for reargument denied, with ten dollars costs.

In the Matter of the Petition of HERBERT S. SISSON, Substituted for GEORGE E. GREEN, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 19,316, Held by JAMES J. WEBB.— Motion granted and appeal dismissed, with costs, including ten dollars costs of motion.

ARTHUR O. WHITE, Appellant, v. NORTHERN DISTRICT LAND COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.